IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE CHARLES BENJAMIN, JR., : | |
|    Plaintiff : | |
| : | No. 1:20-cv-1991 |
| v. : | |
| : | (Judge Rambo) |
| WARDEN BRIAN S. CLARK, *et al.*, : | |
|    Defendants : | |

## ORDER

**AND NOW**, on this 4th day of February 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendants' motion to dismiss (Doc. No. 10) is **GRANTED**, and Plaintiff's complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE**. Plaintiff may not file an amended complaint in this matter; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                                   s/ Sylvia H. Rambo
                                                   United States District Judge